James Bigler, Respondent, v. Edward Atkins, Appellant.—Judgment and order affirmed Opinion by Daniels, J.

Henry Colton, Appellant, v. Zachariah E. Simmons, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

James A Keene, Respondent, v. Elmore A. Kent, Appellant.—Motion denied, with costs. Opinion by Daniels, J.

Adolph Ladenberg and others, Respondents, v. The Old Dominion Copper Company and another, Appellants.—Order affirmed, without costs. Opinion by Brady, J.

John S Stubbs and another, Appellants, v. Jane Stubbs and others, Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J

Michael Shaugnessy, Respondent. v George K. Chase, Appellant.—Order reversed, with ten dollars costs and disbursements, and order entered setting aside order of arrest. Opinion by Daniels, J.

Annie K. Fox, Appellant, v Richard K. Fox, Respondent. — Judgment affirmed, without costs. Opinions by Daniels, J,, and by Brady, J., dissenting.

Mary Schmittler, Respondent, v. Adam Simon, Appellant. — Judgment and order affirmed, without costs. Opinion by Daniels, J.

John C. Beatty, Respondent, v. Daniel Soman and others, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P J.

In the Matter of Jacob H. Conklin and another — Order reversed, with ten dollars costs and disbursements, as to part of the property mentioned in opinion, and affirmed as to the residue. Opinion by Daniels. J

Zachariah E. Simmons, Appellant. v Sarah M. Henry, Respondent.—Judgment affirmed, with costs. Opinion Per Curiam.

In the Matter of Louisa S. Mapes, Respondent, v Charles E. Fleming, Appellant.—Order reversed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Lazrarus S. Murad, Respondent, v. Ellis R. Thomas, Appellant, Impleaded, etc. — Order reversed, without costs; case remitted to Special Term. Opinion by Bartlett, J.

John E. Calrow, Respondent, v. Henri O. Watson, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

David W. Bruce and others, Trustees, etc., Respondents, v. Uriah Welch, Appellant.—Judgment reversed, new trial ordered, with costs to abide event. Opinion by Daniels, J.

John O. Halloran, Appellant, v Frederick W. Brampton, Respondent.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Brady, J.

Otto L. Ope, Respondent, v. Henry Webendorfer, Appellant.—Case sent back to the referee, as directed in opinion, without costs. Opinion by Brady, J.

James G. Johnson and another, Appellants, v. Joseph L. Haberstro, Respondent, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Brady, J.

Fannie Bean, Appellant, v. George W. Carleton and others, Respondents.—Judgment reversed, new trial ordered, with costs to abide event. Opinion by Bartlett, J.

Peter A. Welch and others, Respondents, v. Minnie Tobias and others, Appellants.—Judgment modified as directed in opinion, and affirmed as modified, without costs of appeal to either party. Opinion by Daniels, J.

Jane H. Scobie, as Trustee, etc., Appellant, v. Stephen V. R. Hoes, as Surviving Executor, etc., Respondent.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

People ex rel. Elizabeth S. Francis, Respondent, v. George W. Van Siclen and others, as Trustees, etc., Appellants —Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

William Williams, Appellant, v. Robert W Freeman, Respondent.—Judgment reversed, new trial ordered, and costs to abide event Opinion by Daniels, J.

In the Matter of the Manhattan Dispensary — Order reversed, with ten dollars costs and disbursements. Opinion Per Curiam.

New York Life Insurance and Trust Company, Respondent, v. The Mayor, Aldermen and Commonalty of the City of New York, Appellant.—Order reversed and motion granted, with ten dollars costs and disbursements to abide the final event. Opinion Per Curiam.

Fall Brook Coal Company, Respondent, v. Richard Hecksher, Jr., and others, Appellants.

Same v. Same.—Order reversed, with ten dollars costs and disbursements. Opinion Per Curiam.

The Central Trust Company, Appellant, v. The New York City and Northern Railroad Company and others, Respondents.—Order modified as directed in opinion, and affirmed as modified, without costs. Opinion Per Curiam.

Ann Mallach, Appellant, v. Edward A. Ridley and others, Respondents.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion Per Curiam.

Fleming S. Philips, Appellant, v. The Germania Mills, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Moses Brown and others, Respondents, v. Peter Bowe, Appellant.—Motion denied on appellant stipulating to be ready for the next term; with ten dollars costs of motion to plaintiff, to abide the event of the appeal.

Leonard Lewisohn, Respondent, v. Alfred Apple, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

Ethelbert T. Swezey and another, Appellants, v. Henry Solomon and another, Respondents.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, J.

Martha J. Quin, Appellant, v. The Manhattan Railway Company, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Van Brunt, P J.

William Hovey, etc., Appellant, v. Melinda R. Purdy and others, Respondents.—Case stricken from calendar. Opinion Per Curiam.

In the Matter of Sarah Hart, Deceased.—Order affirmed, without costs. Opinion Per Curiam.

The People of the State of New York ex rel. John Nugent, Respondent, v. The Board of Police Commissioners, etc., Appellant.—Judgment affirmed, with costs, on opinion of Brady, J.

The People of the State of New York ex rel. Henry D. Nicoll, Appellant, v. New York Infant Asylum, Respondent. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Lawrence, J.

Courtland L. Parker, Respondent, v. The Commercial Telegram Company and others, Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

George F. Hecker and another, Executors, etc., Appellants, v. William J Sexton and others.—Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Marietta Sanford, as Executrix, etc., Respondent, v. Joseph Crocheron, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charlotte B. Miller, Respondent, v. The Ocean Steamship Company of Savannah, Appellant.—Judgment and order affirmed, with costs. Opinion by Van Brunt, P J.

Simon Goldsmith, Respondent, v. Charles Glatz, Appellant – Judgment affirmed, with costs. Opinion by Van Brunt, P J